Anna C. Haac (pro hac vice)
**TYCKO & ZAVAREEI LLP**
1828 L Street, N.W., Suite 1000
Washington, DC 20036
Phone: 202-973-0900
Fax: 202-973-0950
Email: ahaac@tzlegal.com

*Attorneys for Plaintiffs and the Class*
*Additional Counsel on Signature Page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIMETRA BRICE, EARL BROWNE, and JILL NOVOROT,<br><br>Plaintiffs,<br><br>v.<br><br>MIKE STINSON; LINDA STINSON; 7HBF NO. 2, LTD.; STARTUP CAPITAL VENTURES, L.P.; STEPHEN J. SHAPER,<br><br>Defendants. | Case No.: 3:19-cv-01481-WHO |
| KIMETRA BRICE, EARL BROWNE, and JILL NOVOROT,<br><br>Plaintiffs,<br><br>v.<br><br>HAYNES INVESTMENTS, LLC, and L. STEPHEN HAYNES,<br><br>Defendants | Case No.: 3:18-cv-01200-WHO<br><br>**PLAINTIFFS' NOTICE OF SETTLEMENT AS TO DEFENDANT STARTUP CAPITAL VENTURES, L.P.** |

### NOTICE OF SETTLEMENT

Plaintiffs, on behalf of themselves and all other Class Members, and Defendant Startup Capital Ventures, L.P. ("SCV"), hereby submit this notice to inform the Court that they have reached an agreement to settle this matter. After four mediation sessions with United States Magistrate Judge Thomas S. Hixon,

1  the parties reached a settlement in principle on July 9, 2021, and memorialized this agreement in a Stipulation
2  and Agreement for Settlement, which has been circulated for signatures to all parties.[1]
3  No later than July 19, 2021, Plaintiffs intend to file a motion to sever as to SCV for the purpose of
4  removing it from the pending action. Plaintiffs also intend to file a motion for preliminary approval of the
5  class settlement no later than August 2, 2021.

Dated: June 3, 2021

Respectfully submitted,

By: /s/ Anna C. Haac
Anna C. Haac (pro hac vice)
Mark A. Clifford (pro hac vice)
**TYCKO & ZAVAREEI LLP**
1828 L Street, N.W., Suite 1000
Washington, DC 20036
Phone: 202-973-0900
Fax: 202-973-0950
Email: ahaac@tzlegal.com
Email: mclifford@tzlegal.com

Kristi C. Kelly, Esq. (pro hac vice)
Andrew Guzzo, Esq. (pro hac vice)
**KELLY GUZZO, PLC**
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
(703) 424-7572
(703) 591-0167 Facsimile
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com

Sabita Soneji (SBN 224262)
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, CA 94612
Telephone (510) 254-6808
Facsimile (510) 210-0571
Email: ssoneji@tzlegal.com

Craig C. Marchiando, Esq., (SBN 283829)
Leonard A. Bennett, Esq., (pro hac vice)
Amy Leigh Austin (pro hac vice)
**CONSUMER LITIGATION ASSOCIATES, P.C.**
763 J. Clyde Morris Blvd., Ste. 1-A

---

[1] The class action settlement also includes the Plaintiffs and putative class members in the related *Gibbs* matter.

NOTICE OF SETTLEMENT AS TO DEFENDANT STARTUP CAPITAL VENTURES, L.P.
(Civil Action Nos. 3:19-cv-01481-WHO & 3:18-cv-01200-WHO)                                          2

Newport News, VA 23601
Telephone: (757) 930-3660
Facsimile: (757) 930-3662
Email: lenbennett@clalegal.com
Email: craig@clalegal.com
Email: amyaustin@clalegal.com

*Attorneys for Plaintiffs and the Class*